UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DAMON B. BATES                                         JURY TRIAL DEMANDED

v.                                                              CASE NO.  3:15 cv

CONTINENTAL SERVICE GROUP, INC.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person.

4. Defendant (Trade name "ConServe") is in the principal business of third party debt collection.

5. Defendant regularly attempts to collect on defaulted personal credit accounts by use of the mails or telephone.

6. ConServe mailed a collection letter to plaintiff at his address in North Haven CT.

7. ConServe's collection letter sought to collect a personal account arising from a home improvement loan entered into with ReNew Windows and financed by Service Finance Company, LLC.

8. ConServe's initial letter was dated May 12, 2015.

9. The initial letter claimed that it was "Re" the U.S. Department of the Treasury, FMS,  and "For" the Department of Housing and Urban Dev.

10. The initial letter claimed "Creditor Assessed Admin Costs" of $5,962.81.

11. The initial letter claimed "Creditor Assessed Penalties" of $1,191.73.

12. Conserve is licensed by the Connecticut Banking Department as a Consumer Collection Agency.

13. Conn. Gen. Stat. §36a-805(13) forbids a collection agency to "add any charge or fee to the amount of any claim which it receives for collection or knowingly accept for collection any claim to which any charge or fee has already been added to the amount of the claim unless the consumer debtor is legally liable therefor, in which case, the collection charge or fee may not be in excess of fifteen per cent of the amount actually collected on the debt."

14. Conserve stated that interest and "other Creditor assessed charges, which vary from day to day" may be added, and encouraged a call before making a payment intended to pay in full.

15. Conserve disclosed the rate of interest at 0.00%.

16. No creditor assessed charges could vary from day to day.

17. In the collection efforts, the defendant violated the FDCPA, § 1692e(2), -f, or -g

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages under the FDCPA;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.

        THE PLAINTIFF

        BY____/s/ Joanne S. Faulkner___
           JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net